UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SZ DJI TECHNOLOGY CO. LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01025-O |
| | § | |
| BELL TEXTRON CANADA LTD., | § | |
| BELL TEXTRON INC. | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff SZ DJI Technology Co., Ltd. and Defendants Bell Textron Canada Ltd. and Bell Textron Inc., by and though their respective undersigned counsel, hereby stipulate and agree that all claims asserted by SZ DJI Technology Co., Ltd. in this case are hereby dismissed with prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

Dated: February 23, 2024

Respectfully submitted,

/s/ Eric B. Chen
E. Leon Carter
lcarter@carterarnett.com
Texas Bar No. 00790361
Scott W. Breedlove
sbreedlove@carterarnett.com
Texas Bar No. 00790361
Eric B. Chen
echen@carterarnett.com
Texas Bar No. 24094587
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

/s/ Harrison Rich
Rachael Lamkin (pro hac vice)
BAKER BOTTS L.L.P.
101 California St
Suite 3200
San Francisco, CA 94111
Telephone: (415) 291-6264
Facsimile: (415) 291-6364

Megan LaDriere White
Texas Bar No. 24083348
Kurt Pankratz
Texas Bar No. 24013291
Harrison Rich
Texas Bar No. 24083730

1

Jordan R. Jaffe (*pro hac vice*)
jjaffe@wsgr.com
Catherine R. Lacey (*pro hac vice*)
clacey@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000
Fax: (415) 947-2009

Eric P. Tuttle (*pro hac vice*)
eric.tuttle@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
701 5th Ave, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2513
Fax: (206) 883-2699

Lisa D. Zang (*pro hac vice*)
lzang@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Tel: (424) 446-6900
Fax: (866) 947-7329

Ariel C. Green Anaba (*pro hac vice*)
aanaba@wsgr.com
Wilson Sonsini Goodrich & Rosati, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Tel: (323) 210-2900
Fax: (866) 947-7329

*Attorneys for Plaintiff SZ DJI Technology Co. Ltd.*

BAKER BOTTS L.L.P.
2001 Ross Avenue
Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendants Bell Textron Canada Ltd. and Bell Textron Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 23, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system, which shall send notification of such filing to all counsel of record at their email addresses on file with the Court.

*/s/ Eric B. Chen*
Eric B. Chen
